**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **MICHAEL COSTELLO HENSLEY**, <br><br> Defendant. | Case No. 1:23-cr-00365 (TNM) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Magistrate Judge Robin M. Merriweather, docketed on October 17, 2023. *See* ECF No. 28. Under Federal Rule of Criminal Procedure 72(b)(2), a party may serve and file specific written objections to such a Report and Recommendation within 14 days of being served. The parties jointly waived any objections on October 18, 2023. *See* ECF No. 30.

Having carefully reviewed the findings and conclusions contained in Magistrate Judge Merriweather's Report and Recommendation, the Court will adopt in full the Report and Recommendation as the findings and conclusions of this Court.

Upon consideration of the Report and Recommendation, the absence of objections, and the entire record, it is hereby

**ORDERED** that the Report and Recommendation is adopted by the Court; and it is

**ORDERED** that the Government's oral motion to cap Defendant's sentence at a misdemeanor offense is referred to Magistrate Judge Merriweather; and it is further

**ORDERED** that the Defendant's plea hearing is referred to Magistrate Judge Merriweather.

**SO ORDERED.**


Dated: October 27, 2023                          TREVOR N. McFADDEN, U.S.D.J.